UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNIE SAYEE KOFFA,<br><br>                Plaintiff,<br><br>   v.<br><br>LIHI, et al.,<br><br>                Defendant. | CASE NO. C17-1745 JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis, Dkt. 1, is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and the assigned district judge.

DATED this 20th day of November, 2017.

                                                BRIAN A. TSUCHIDA
                                              United States Magistrate Judge